JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Florentina Carrillo, | CASE NO. 2:20-CV-3313-RGK-AFM |
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT CITIBANK, N.A. *ONLY* WITH PREJUDICE |
| Cavalry SPV I, LLC, et al., | |
| Defendants. | |

Based upon the Parties' Stipulation for Dismissal, and good cause, this Court hereby orders Defendant Citibank, N.A. to be, and is, dismissed from this action with prejudice. Each party is to bear their own attorneys' fees and costs.[*]

**IT IS SO ORDERED.**

Dated: August 31, 2020   _____

**HON. R. GARY KLAUSNER**
UNITED STATES DISTRICT JUDGE

[*] As no Defendant remains in this action this case will be closed.